IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERROLD DAGANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:22-CV-3097-MAB[1] |
| | ) |
| DEANNA M. BOOKHART, | ) |
| HEATHER CECIL, and C/O SUDDATH, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated April 6, 2023, Plaintiff's Eighth Amendment deliberate indifference claim (Count 2) and *Monell* claim (Count 4) were **DISMISSED without prejudice** for failure to state a claim; his state law negligence claim (Count 1) was likewise **DISMISSED without prejudice** because the Court declined to exercise supplemental jurisdiction over such claim; and Deanna Bookhart and C/O Suddath were, in turn, **DISMISSED without prejudice** as Defendants in this matter (Doc. 13).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated August 15, 2024, Plaintiff's sole remaining claim for retaliation (Count 3) and Defendant Heather Cecil were **DISMISSED without prejudice** due to Plaintiff's failure to exhaust his

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 17).

administrative remedies prior to filing suit (Doc. 42).

This action is dismissed in its entirety and Plaintiff shall recover nothing.


DATED: August 15, 2024

                                        **MONICA A. STUMP,**
                                        **Clerk of Court**

                                        BY:  /s/ Jennifer Jones
                                               **Deputy Clerk**


APPROVED:  /s Mark A. Beatty
                   **MARK A. BEATTY**
                   **United States Magistrate Judge**